

```
               NOV 29, 2007

           CLARENCE MADDOX
          CLERK U.S. DIST. CT.
          S.D. OF FLA. - MIAMI
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-20534-CR-UNGARO-BENAGES(s)
18 U.S.C. § 1958(a)

UNITED STATES OF AMERICA

vs.

COURTNEY LAMAR TERLONGE,
VERNON JASON JONES,
JOSHUA JOHN LAING, and
TRIMYKO JERANN MUNNINGS,
a/k/a "Killer Boy,"

        Defendants.
_____/

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1

Beginning in or about October of 2006, the exact date being unknown to the Grand Jury, continuing through on or about November 19, 2006, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

COURTNEY LAMAR TERLONGE
VERNON JASON JONES,
JOSHUA JOHN LAING, and
TRIMYKO JERANN MUNNINGS,
a/k/a "Killer Boy,"

did knowingly and intentionally combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury to use and cause another to use any facility of interstate commerce, with intent that the murder of Mahmoud Elchami be committed in violation of the laws of the State of Florida as consideration for the receipt of, and as consideration for a

promise and agreement to pay, anything of pecuniary value, that is, United States currency, with the death of Mahmoud Elchami resulting; in violation of Title 18, United States Code, Section 1958(a).

## COUNT 2

On or about November 19, 2006, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**COURTNEY LAMAR TERLONGE**
**VERNON JASON JONES, and**
**JOSHUA JOHN LAING,**

did use and cause another to use any facility of interstate commerce, with intent that the murder of Mahmoud Elchami be committed in violation of the laws of the State of Florida as consideration for the receipt of, and as consideration for a promise and agreement to pay, anything of pecuniary value, that is, United States currency, with the death of Mahmoud Elchami resulting; in violation of Title 18, United States Code, Sections 1958(a) and 2.

## NOTICE OF SPECIAL FINDINGS

Pursuant to the provisions of Title 18, United States Code, Sections 3591-3592, the following factors exist regarding **JOSHUA JOHN LAING** and his commission of the offenses charged in Counts 1 and 2 of this Indictment. The allegations of Counts 1 and 2 of this Indictment are incorporated by reference and restated herein.

    A.    <u>Statutory Factors Enumerated under Title 18, United States Code, Section 3591(a)(2)(A)-(D)</u>.

        1.    **Age of Defendant.** (Title 18, United States Code, Section 3591(a)).

            Defendant **JOSHUA JOHN LAING** was more than 18 years of age at the time of the offense.

2. **Mental State of the Defendant.** (Title 18, United States Code, Section 3591(a)(2)).

Defendant **JOSHUA JOHN LAING** intentionally killed the victim. (Title 18, United States Code, Section 3591(a)(2)(A)).

B. Statutory Factors Enumerated under Title 18, United States Code, Section 3592(c).

**Pecuniary gain.** (Title 18, United States Code, Section 3592(c)(8)).

Defendant **JOSHUA JOHN LAING** committed the offense as consideration for the receipt, and in the expectation of the receipt of, anything of pecuniary value.

A TRUE BILL

_____
FOREPERSON

_____
R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

_____
MARCUS A. CHRISTIAN
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

COURNEY LAMAR TERLONGE, et al.,

        Defendants.
_____/

CASE NO. <u>07-20534-CR-UNGARO(s)</u>

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

New Defendant(s)    Yes <u>X</u>   No ___
Number of New Defendants   <u>2</u>
Total number of counts   <u>2</u>

**Court Division**: (Select One)

<u>X</u> Miami   ___ Key West
___ FTL   ___ WPB   ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   <u>No</u>
   List language and/or dialect   _____

4. This case will take   <u>15</u>   days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)           (Check only one)

   I   0 to 5 days   _____   Petty   _____
   II   6 to 10 days   _____   Minor   _____
   III   11 to 20 days   <u>X</u>   Misdem.   _____
   IV   21 to 60 days   _____   Felony   <u>X</u>
   V   61 days and over   _____

6. Has this case been previously filed in this District Court? (Yes or No)   <u>Yes</u>
   If yes:
   Judge: <u>Ungaro</u>   Case No. <u>07-20534-Cr-Ungaro</u>
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   <u>Yes</u>
   If yes:
   Magistrate Case No.   <u>07-3327-TEB</u>
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of   <u>08/30/07-Munnings & 11/25/07-Laing</u>
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No)   <u>Yes</u>

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003? _____ Yes   <u>X</u> No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _____ Yes   <u>X</u> No
   If yes, was it pending in the Central Region?   _____ Yes   _____ No

9. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?   _____ Yes   <u>X</u> No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003?   _____ Yes   <u>X</u> No

11. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   _____ Yes   <u>X</u> No

                                              _____
                                              MARCUS A. CHRISTIAN
                                              ASSISTANT UNITED STATES ATTORNEY
                                              Court ID Number A5500914

*Penalty Sheet(s) attached                                                                         REV.9/11/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** COURTNEY LAMAR TERLONGE

**Case No:** 07-20534-CR-UNGARO(s)

Count #: 1

Murder for hire conspiracy

Title 18, United States Code, Section 1958(a)

*Max. Penalty:       Life Imprisonment

Count #: 2

Murder for hire

Title 18, United States Code, Section 1958(a)

*Max. Penalty:       Life Imprisonment

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** VERNON JASON JONES

**Case No:** 07-20534-CR-UNGARO(s)

Count #: 1

Murder for hire conspiracy

Title 18, United States Code, Section 1958(a)

*Max. Penalty:      Life Imprisonment

Count #: 2

Murder for hire

Title 18, United States Code, Section 1958(a)

*Max. Penalty:      Life Imprisonment

Count #:



*Max. Penalty:

Count #:



*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: JOSHUA JOHN LAING

Case No: 07-20534-CR-UNGARO(s)

Count #: 1

Murder for hire conspiracy

Title 18, United States Code, Section 1958(a)

*Max. Penalty:     Death

Count #: 2

Murder for hire

Title 18, United States Code, Section 1958(a)

*Max. Penalty:     Death

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: __TRIMYKO JERANN MUNNINGS__

Case No: _07-20534-CR-UNGARO(s)_

Count #: 1

Murder for hire conspiracy

Title 18, United States Code, Section 1958(a)

*Max. Penalty:    Life Imprisonment

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**